# EXHIBIT D

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – CHANCERY DIVISION

| | | |
|---|---|---|
| MICHAEL WISNEFSKI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 2023 CH 05627 |
| MICKEY GROUP INC., ALEX RABENS, and HAMPTON LUMBER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

NOTICE AND ACKNOWLEDGMENT OF RECEIPT
OF SUMMONS AND COMPLAINT

NOTICE

To: Jeffrey Izzard, Esq.
Steven Lefkofsky, Esq.
William Friedman, Esq.
TAFT LAW
28 W. Adams Avenue, Suite 1500
Detroit, Michigan 48226
Email: jeffizzard@taftlaw.com
Email: slefkofsky@taftlaw.com
Email: wfriedman@taftlaw.com

The enclosed summons and complaint are served pursuant to section 2–213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other

manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been sent on June 29, 2023.

Signature: __/s/ Andrew J. Cunniff___

Date of Signature: ___6/29/23___

Firm No. 27751
John D. Galarnyk, Esq.
Andrew J. Cunniff, Esq.
John A. Romanucci, Esq.
GALARNYK & ASSOCIATES, LTD.
55 W. Monroe Street, Suite 3600
Chicago, Illinois 60603
Phone: 312-441-5800
Email: john@galarnykltd.com
Email: andrew@galarnykltd.com
Email: johnr@galarnykltd.com

ACKNOWLEDGMENT OF RECEIPT OF
SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter by email at jeffizzard@taftlaw.com, slefkosky@taftlaw.com, and wfriedman@taftlaw.com .


PRINT or TYPE Name: _____

Relationship to Entity/Authority to Receive Service of Process: <u>Attorneys for Defendants Mickey Group Inc. and Alex Rabens</u>


(Not Applicable if you are the named Defendant or Respondent)


Signature: _____


Date of Signature: _____