# **EXHIBIT E**

7/31/23, 10:03 AM
Case: 1:23-cv-04984 Document #: 1-5 Filed: 07/31/23 Page 2 of 3 PageID #:36
Clerk of the Circuit Court of Cook County

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case Information for Case Number:

Return to Results   Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2023CH05627 | CHCAL9 | 06/13/2023 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| MICHAEL WISNEFSKI | Interpleader | MICKEY GROUP INC.<br>HAMPTON LUMBER<br>ALEX RABENS | ANDREW CUNNIFF |

| Ad Damnum |
|---|
| 0 |

**Future Court Activity:**

| Court Date: | 10/11/2023 | Hearing Type: | Case Management Call Case Management(Judicial Officer:Horan, Cecilia A.,Calendar, 9) | Time: | 9:30 AM | Location: | Court Room 2008,Richard J Daley Center |
|---|---|---|---|---|---|---|---|

**Case Activities:**

| Activity Date: | 06/28/2023 | Event Desc: | Summons Issued And Returnable | Comments: | Summons |
|---|---|---|---|---|---|

Case: 1:23-cv-04984 Document #: 1-5 Filed: 07/31/23 Page 3 of 3 PageID #:37

| | | | | | | |
|---|---|---|---|---|---|---|
| **Activity Date:** | 06/13/2023 | **Event Desc:** | New Case Filing | **Comments:** | |
| **Activity Date:** | 06/13/2023 | **Event Desc:** | Petition For Interpleader - Filed (Jury Demand) | **Comments:** | |
| **Activity Date:** | 06/13/2023 | **Event Desc:** | Exhibits Filed | **Comments:** | |
| **Activity Date:** | 06/13/2023 | **Event Desc:** | Exhibits Filed | **Comments:** | Chancery Cover Sheet |

Please Note: If data does not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at 312.603.4357.