# EXHIBIT F

ACKNOWLEDGMENT OF RECEIPT OF
SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter by email at jeffizzard@taftlaw.com, slefkosky@taftlaw.com, and wfriedman@taftlaw.com .

PRINT or TYPE Name: Benjamin S. Morrell

Relationship to Entity/Authority to Receive Service of Process: Attorneys for Defendants Mickey Group Inc. and Alex Rabens

(Not Applicable if you are the named Defendant or Respondent)

Signature: _[signature]_

Date of Signature: 7/5/2023