# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Wisnefski v. Mickey Group Inc. et al

Case Number: 1:23-cv-04984

An appearance is hereby filed by the undersigned as attorney for:

Mickey Group Inc.; Alex Rabens

Attorney name (type or print): Benjamin S. Morrell

Firm: Taft Stettinius & Hollister LLP

Street address: 111 E. Wacker Dr., Ste. 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6341896
(See item 3 in instructions)

Telephone Number: (312) 527-4000

Email Address: bmorrell@taftlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/31/2023

Attorney signature: S/ Benjamin S. Morrell

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015