UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WISNEFSKI,<br><br>                Plaintiff,<br><br>v.<br><br>MICKEY GROUP INC., ALEX RABENS, and HAMPTON LUMBER,<br><br>                Defendants. | Case No. 1:23-cv-04984<br><br>District Judge Ellis<br><br>Magistrate Judge Kim |

## DECLARATION OF ALEX RABENS

I, Alex Rabens, am over the age of 18 and make this Declaration under 28 U.S.C. § 1746 on my own personal knowledge:

1. I have personal knowledge of the facts set forth in this Declaration and would testify under oath to their veracity if called upon to do so.

2. I am CEO of Mickey Group Inc., which is named as a Defendant in this lawsuit.

3. I have the authority to make this Declaration on behalf of Mickey Group.

4. I have reviewed the complaint filed by the Plaintiff, Michael Wisnefski, in this case. I understand that Mr. Wisnefski's claim for "interpleader" seeks a determination from the Court as to who is the rightful owner of the sum of $235,731.77 that is currently in Mr. Wisnefski's possession (the "Deposit").

5. I understand that the two named Defendants in Mr. Wisnefski's claim for interpleader are Mickey Group and Hampton Lumber.

6. Hampton Lumber is an assumed business name of Hampton Resources,

1

Inc. Hampton Lumber is a regular customer of Mickey Group.

7. There is no controversy between Mickey Group and Hampton Lumber as to who is the rightful owner of the Deposit. The Deposit belongs to Hampton Lumber.

8. On behalf of Mickey Group, I hereby disclaim any and all personal rights, title, lien, claim, or interest in the Deposit. Mickey Group does not assert a claim to the Deposit.

9. On behalf of Mickey Group, I request that the Deposit be returned to Hampton Lumber as soon as practicable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2023

_____
Alex Rabens, on behalf of Mickey Group, Inc.

2