UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WISNEFSKI | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-04984 |
| | ) | |
| v. | ) | District Judge Ellis |
| | ) | |
| MICKEY GROUP INC., ALEX RABENS, And HAMPTOM LUMBER | ) ) | Magistrate Judge Kim |
| | ) | |
| Defendant. | ) | |

### RE-NOTICE OF MOTION

TO:  Benjamin S. Morrell, Esq.
TAFT STETTINIUS & HOLLISTER LLP.
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
bmorrell@taftlaw.com

**PLEASE TAKE NOTICE** that on September 12, 2023, at 9:45 a.m., we shall appear before Judge Sara L. Ellis or any judge sitting in her stead of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn, Chicago, Illinois 60604 via Phone Conference (meeting information provided below), and present Plaintiff's **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD TO AFFIRMATIVE DEFENSES**, a copy of which has been served upon you herewith.

**Toll-Free Number: (866) 434-5269**
**Access Code: 8087837**

Respectfully Submitted,
Plaintiff, MICHAEL WISNEFSKI

By:   /s/ John D. Galarnyk, Esq.
One of His Attorneys

John D. Galarnyk, Esq. #6191543
Andrew J. Cunniff, Esq. #6308820
John A. Romanucci, Esq. #6333257
GALARNYK & ASSOCIATES, LTD.
55 W. Monroe Street, Suite 3600
Chicago, Illinois 60603
Phone: 312-441-5800
Email: john@galarnykltd.com
Email: andrew@galarnykltd.com
Email: johnr@galarnykltd.com

## CERTIFICATE OF SERVICE

TO:     Benjamin S. Morrell, Esq.
           TAFT STETTINIUS & HOLLISTER LLP.
           111 East Wacker Drive, Suite 2600
           Chicago, IL 60601
           bmorrell@taftlaw.com

       The undersigned, an attorney, certifies that a true and correct copy of the **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD TO AFFIRMATIVE DEFENSES** was served on September 5, 2023, via email at the email address listed on the attached service list before 5:00 p.m.

                                      By:    /s/John D. Galarnyk, Esq.
                                                 One of His Attorneys

John D. Galarnyk, Esq. #6191543
Andrew J. Cunniff, Esq. #6308820
John A. Romanucci, Esq. #6333257
GALARNYK & ASSOCIATES, LTD.
55 W. Monroe Street, Suite 3600
Chicago, Illinois 60603
Phone: 312-441-5800
Email: john@galarnykltd.com
Email: andrew@galarnykltd.com
Email: johnr@galarnykltd.com