# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL WISNEFSKI, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-04984 |
| MICKEY GROUP INC. and ALEX RABENS, | District Judge Ellis |
| Defendants. | Magistrate Judge Kim |

## DEFENDANTS' SECOND SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

Defendants Mickey Group Inc. and Alex Rabens, pursuant to Federal Rules of Civil Procedure 26, 33, and 34, propound their Second Set of Interrogatories and Requests for Production of Documents to Plaintiff Michael Wisnefski, to be answered within thirty (30) days of service hereof.

In responding to these discovery requests, please use the Definitions and Instructions in the Rider attached to Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff. Additionally, for purposes of these requests, the term "security" shall have the definition supplied by 15 U.S.C. § 77b(a)(1).

1

## INTERROGATORIES

19.     Identify all accounts owned or controlled by Plaintiff that Plaintiff accessed or used to buy, sell, or otherwise trade any stock, option, future, commodity, or other security (registered or unregistered) or interest in any security at any time between July 1, 2022, and March 31, 2023, specifying the name of the institution, the type of account (e.g., taxable, IRA, 401(k)), the last four digits of the account number, and the identity of any other person who owns or controls the account.

20.     Identify all devices and platforms—including smartphones, laptop computers, desktop computers, smart tablets, terminals, software systems, computer programs, and smartphone applications (or "apps")—that Plaintiff accessed or used to buy, sell, or otherwise trade any stock, option, future, commodity, or other security (registered or unregistered) or interest in a security at any time between July 1, 2022, and March 31, 2023, including the type of device or program, the name of the device or program, and the current location of all such devices.

21.     Identify all transactions entered into by or on behalf of Plaintiff related to buying, selling, or otherwise trading any stock, option, future, commodity, or other security (registered or unregistered) or interest in a security at any time between July 1, 2022, and March 31, 2023, specifying the date and time that the transaction was entered, the value of the transaction, and the source of the funds used to complete the transactions, including whether the funds used in completing these transactions were owned or controlled by MaterialsXchange and/or Mickey Group. Inc. or any employee or affiliate of either entity.

## REQUESTS FOR PRODUCTION

19.     All documents and communications reflecting any transaction related to Plaintiff buying, selling, or otherwise trading any stock, option, future, commodity, or other security (registered or unregistered) or interest in any security at any time between July 1, 2022, and March 31, 2023 including the times and dates the transactions were made.

20.     All documents and communications generated by any institution, account, or program identified in response to Interrogatories 19 or 20 related to Plaintiff buying, selling, or otherwise trading any stock, option, future, commodity, or other security (registered or unregistered) or interest in any security at any time between July 1, 2022, and March 31, 2023.

Date: March 13, 2024

MICKEY GROUP INC. and ALEX RABENS

By: */s/ Benjamin S. Morrell*                        
Benjamin S. Morrell
Elizabeth C. Wellhausen
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, copies of the foregoing document were served upon the following by sending the same via email:

John D. Galarnyk, Esq.
Andrew J. Cunniff, Esq.
John A. Romanucci, Esq.
GALARNYK & ASSOCIATES, LTD.
55 West Monroe Street
Suite 3600
Chicago, IL 60603
john@galarnykltd.com
andrew@galarnykltd.com
johnr@galarnykltd.com

Date: March 13, 2024

s/ *Benjamin S. Morrell*
Benjamin S. Morrell
*Counsel for Defendants*