# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WISNEFSKI,<br><br>                Plaintiff,<br><br>v.<br><br>MICKEY GROUP INC. and ALEX RABENS,<br><br>                Defendants. | Case No. 1:23-cv-04984<br><br>District Judge Ellis<br><br>Magistrate Judge Kim |

**DEFENDANTS' THIRD SET OF DISCOVERY REQUESTS TO PLAINTIFF**

      Defendants Mickey Group Inc. and Alex Rabens, pursuant to Federal Rules of Civil Procedure 26 and 34, propound their Third Set of Discovery Requests to Plaintiff Michael Wisnefski, to be answered within thirty (30) days of service hereof.

      In responding to this discovery request, please use the Definitions and Instructions in the Rider attached to Defendants' First Set of Interrogatories and Requests for Production of Documents to Plaintiff.

## REQUESTS FOR PRODUCTION

21. All electronic communications (including, but not limited to text messages and personal emails) between Wisnefski and any other person or persons from April 1, 2022, to present that include one or more of the following terms:

- Mickey
- Alex
- Rabens
- severance
- fired
- fire
- termination
- terminate
- employment contract
- employment agreement
- offer letter
- commission

Date: March 20, 2024

MICKEY GROUP INC. and ALEX RABENS

By: /s/ *Benjamin S. Morrell*
Benjamin S. Morrell
Elizabeth C. Wellhausen
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, copies of the foregoing document were served upon the following by sending the same via email:

John D. Galarnyk, Esq.
Andrew J. Cunniff, Esq.
John A. Romanucci, Esq.
GALARNYK & ASSOCIATES, LTD.
55 West Monroe Street
Suite 3600
Chicago, IL 60603
john@galarnykltd.com
andrew@galarnykltd.com
johnr@galarnykltd.com

Date: March 20, 2024

s/ *Benjamin S. Morrell*
Benjamin S. Morrell
*Counsel for Defendants*