# EXHIBIT 11

Message

| | |
|---|---|
| From: | American Express Travel [donotreply@alerts.americanexpress.com] |
| Sent: | 11/27/2022 2:01:24 AM |
| To: | Michael Wisnefski [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffa1dc51f84b4460b0f72060b88891e0-mailbox1] |
| Subject: | Your Trip is Coming Soon! 4940-7207 |

**CAUTION**: This email originated outside of **MX**. Do not click links or open attachments unless you recognize the sender and know the content is safe.

FLIGHTS | HOTELS | CARS | CRUISES

**This is just a reminder that it's almost time for your trip.**
**Please find below itinerary details for your reference.**

Enjoy your trip!

AMERICAN EXPRESS TRIP ID: **4940-7207**

Manage Your Trip          Please click this link to access your trip.

## YOUR TRIP DETAILS

We recommend that you check any requirements or restrictions that may impact your travel, both prior to any cancellation deadlines and your date of travel, as policies are constantly changing. For more information, please visit our COVID-19 travel hub. If you'd like to cancel an upcoming booking, please visit My Trips.

**Need assistance?** We can help with travel planning tips and guidance. Explore our FAQs for more!

- **Need to manage seat assignments?**

Find more information here.

- **Want more information on baggage policies?**

Learn more here, or contact your airline directly.

- **Need to cancel an upcoming trip?**

Learn more about cancelling your upcoming flight, hotel stay, or car rental.

- **Looking for your trip confirmation?**

Find more information about your upcoming flight or hotel stay.

- **Special requests for your upcoming hotel stay?**

We recommend contacting your hotel directly.

For your convenience, you don't have to let us know in advance you'll be traveling. We know planning a trip can be stressful, so this is one less thing you have to do!

If you purchased Trip Protection for this itinerary:
For assistance with Gold Travel Protector, please call 800-228-6855.
For assistance with Trip Cancel Guard, please call 800-228-6855 or visit
https://www.americanexpress.com/en-us/benefits/trip-cancel-guard/

If airline tickets are purchased for this itinerary:
Airline Baggage Fee/Rules may apply and can be accessed by visiting:
https://www.americanexpress.com/en-us/travel/faq/flight-planning/

## Chicago to Stockholm
FLIGHT **SK 946**

**DEPARTING**
Fri, Dec 02 2022, 04:00PM
Chicago
Chicago O'Hare International Airport (ORD)

**ARRIVING**
Sat, Dec 03 2022, 07:25AM
Stockholm
Stockholm-Arlanda Airport (ARN)

**Scandinavian Airlines**
Operated By Scandinavian Airlines

Non Stop
**Duration:** 8 Hrs 25 Mins

**FLIGHT INFORMATION**
ECONOMY
Equipment: 333

**FLIGHT CONFIRMATION**

Scandinavian Airlines: 2IGEHI

## Stockholm to Copenhagen

FLIGHT **SK 1423**

| | |
|---|---|
| **DEPARTING** | **ARRIVING** |
| Wed, Dec 07 2022, 01:25PM | Wed, Dec 07 2022, 02:35PM |
| Stockholm | Copenhagen |
| Stockholm-Arlanda Airport (ARN) | Copenhagen Kastrup Airport (CPH) |

**Scandinavian Airlines**
Operated By Scandinavian Airlines

Non Stop
**Duration:** 1 Hrs 10 Mins

**FLIGHT INFORMATION**
ECONOMY
Equipment: 321

**FLIGHT CONFIRMATION**

Scandinavian Airlines: 2IGEHI

## Copenhagen to Chicago

FLIGHT **SK 943**

| | |
|---|---|
| **DEPARTING** | **ARRIVING** |
| Wed, Dec 07 2022, 03:40PM | Wed, Dec 07 2022, 06:10PM |
| Copenhagen | Chicago |
| Copenhagen Kastrup Airport (CPH) | Chicago O'Hare International Airport (ORD) |

**Scandinavian Airlines**
Operated By Scandinavian Airlines

Non Stop
**Duration:** 9 Hrs 30 Mins

**FLIGHT INFORMATION**
ECONOMY
Equipment: 333

**FLIGHT CONFIRMATION**
Scandinavian Airlines: 2IGEHI

## TRAVELER INFORMATION

Michael Wisnefski

**E-TICKET**
1177871236720

Photo ID - Every passenger must have a valid government-issued photo ID (such as a driver's license or passport). Please note that the name on the photo ID must match the passenger name in the reservation.

**NEED EMERGENCY ASSISTANCE ON YOUR TRIP?**

When you travel more than 100 miles from home, Global Assist® Hotline is available for 24/7 medical, legal, financial or other select emergency coordination and assistance services, including medical and legal referrals, passport replacement, cash wires and more. Card Members may be responsible for the costs charged by third-party service providers.

To learn more visit www.americanexpress.com/gaterms

American Express Travel Related Services Company, Inc., is acting solely as a sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. Certain suppliers pay us commission and other incentives for reaching sales targets or other goals and may provide incentives to our travel counselors.
For more information visit www.americanexpress.com/travelterms.

California CST#1022318; Washington UBI#600-469-694; Iowa TA#669

DO NOT REPLY TO THIS EMAIL. This message was sent from a notification only address that cannot accept incoming messages. If you have any questions, please contact American Express Travel at 1-800-297-2977.

### DISCOVER EXTRAORDINARY TRAVEL EXPERIENCES AT AMERICAN EXPRESS

Contact Us | Privacy Statement

To learn more about e-mail security or report a suspicious e-mail, please visit us at americanexpress.com/phishing. We kindly ask you not to reply but instead contact us via Customer Care.

© 2022 American Express. All rights reserved.

Mickey0002300

Message

| | |
|---|---|
| **From**: | Michael Wisnefski [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FFA1DC51F84B4460B0F72060B88891E0-MAILBOX1] |
| **Sent**: | 12/4/2022 8:24:36 PM |
| **To**: | Wisnefski, Ted A (12704) [TAWisnefski@michaelbest.com] |
| **Subject**: | i need help with the Mickey_-_Employee_-_Non-Disclosure_and_Invention_Assignment_Agreement_.pdf |
| **Attachments**: | Mickey_-_Employee_-_Non-Disclosure_and_Invention_Assignment_Agreement_.pdf |

Please look at section 7

The Swedish company I am talking with is concerned that this could be a non compete issue.

Mike