# EXHIBIT 12

## Morrell, Benjamin S.

| | |
|---|---|
| **From:** | Nicole Arroyo <Nicole@galarnykltd.com> |
| **Sent:** | Friday, April 26, 2024 3:29 PM |
| **To:** | Morrell, Benjamin S.; Wellhausen, Elizabeth |
| **Cc:** | John Galarnyk; Andrew Cunniff; John Romanucci |
| **Subject:** | Wisnefski v. Mickey Group - Plaintiff's Second Production |
| **Attachments:** | WIS035-080.pdf; 4-26-24 Wisnefski Privilege Log.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good afternoon, Ben and Elizabeth:

Attached please find Plaintiff's second document production bates marked WIS035-080, in response to Defendant's Third Set of Discovery Requests. Additionally, attached please find a privilege log for privileged communications bates marked WIS081-103.

Kind regards,

Nicole Arroyo
Paralegal and Administrative Assistant



55 W. Monroe St.
Suite 3600
Chicago, IL 60603
Phone: 312-441-5800
Direct: 312-216-1777
Fax: 312-441-5801
nicole@galarnykltd.com

Visit us online at http://www.galarnykltd.com

This message and any included attachments are intended only for the addressee. The information contained in this message is confidential and may constitute proprietary or non-public information under international, federal, or state laws. Unauthorized forwarding, printing, copying, distribution, or use of such information is strictly prohibited and may be unlawful. If you are not the addressee, please promptly delete this message and notify the sender of the delivery error by e-mail.