UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Wisnefski

                                      Plaintiff,

v.                                                                          Case No.: 1:23−cv−04984
                                                                              Honorable Sara L. Ellis

Mickey Group Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 5, 2024:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held. A Webex settlement conference is scheduled for August 29, 2024, at 10:00 a.m. The court will send out a video link by email prior to the start of the conference with instructions to join the meeting. Parties are to notify the court by noon on June 6, 2024, if any of the individuals who are required to appear for the conference has a scheduling conflict. If so, the court will reschedule the conference for August 30, 2024. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must be present by video for the entire conference. Plaintiff to provide a written settlement position statement to Defendants, with a copy to the court (settlement_statement_kim@ilnd.uscourts.gov), by June 28, 2024. Defendants to respond in writing, with a copy to the court, by July 12, 2024. Defendants must also provide a draft settlement and release to Plaintiff along with their position statement so that Plaintiff is advised of the collateral terms Defendants require to resolve this matter. These settlement position statements are not to be filed with the clerk's office. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.